STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Telephone: 510/496-0600
Facsimile:  510/496-1366

ALLETTA BELIN, ESQ.
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: 505/983-8936
Facsimile:  505/983-0036

Attorneys for Plaintiffs
TRI-VALLEY CARES, NUCLEAR
WATCH OF NEW MEXICO, MARYLIA KELLEY,
JANIS KATE TURNER, TARA DORABJI,
HENRY C. FINNEY and CATHERINE SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, NUCLEAR WATCH OF NEW MEXICO, MARYLIA KELLEY, JANIS KATE TURNER, TARA DORABJI, HENRY C. FINNEY and CATHERINE SULLIVAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, and LOS ALAMOS NATIONAL LABORATORY,<br><br>　　　　　Defendants. | Civ. No. C-0-3-3926 SBA<br><br>[PROPOSED] ORDER APPROVING STIPULATED SCHEDULE FOR RESOLUTION OF PLAINTIFFS' CLAIM TO ATTORNEY'S FEES AND COSTS<br><br>Dept: 3<br>Judge: Hon. Saundra B. Armstrong |

　　　　Upon consideration of the parties' stipulation, and for good cause shown, it is ORDERED that the following procedure shall govern resolution of Plaintiffs' claim to attorney's fees and under

EAJA for the above captioned matter:

    1.    The deadline for filing a fee motion under EAJA is 90 days from the Ninth Circuit's October 16, 2006 decision, or January 14, 2007;

    2.    The issue of whether Plaintiffs are entitled to an award of attorneys' fees and costs under EAJA in this case is bifurcated from the issue of the amount of any such award;

    3.    On December 22, 2006, Plaintiffs will file a brief on the issue of their entitlement to fees and costs under EAJA and shall notice a hearing on that issue pursuant to Local Civil Rule 7-2(a);

    4.    Defendants will file a brief in response to Plaintiffs' brief regarding entitlement to fees and costs as provided by Local Civil Rule 7-3(a);

    5.    Plaintiffs will file a reply on the issue of their entitlement to fees and costs under EAJA as provided by Local Civil Rule 7-3(c); and

    6.    Should the Court determine that Plaintiffs are entitled to an award of fees and costs under EAJA, the parties will engage in good faith efforts to resolve the amount of such an award. Should such negotiations fail, the parties will submit to the Court, within 30 days of the Court's decision regarding Plaintiffs' entitlement to an award of fees and costs, a stipulated schedule for resolution of the issue of the amount of such award.

IT IS SO ORDERED.

Dated: __11/29/06___

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge