```
 1  STEPHAN C. VOLKER (CSB #63093)
    JOSHUA A.H. HARRIS (CSB #226898)
 2  MARNIE E. RIDDLE (CSB #233732)
    LAW OFFICES OF STEPHAN C. VOLKER
 3  436 14th Street, Suite 1300
    Oakland, California 94612
 4  Telephone:  510/496-0600
    Facsimile:  510/496-1366
 5
    Attorneys for Plaintiffs
 6
    SUE ELLEN WOOLDRIDGE
 7  Assistant Attorney General
    BARCLAY T. SAMFORD (NMBN 12323)
 8  Trial Attorney
    U.S. Department of Justice
 9  Environment & Natural Resources Div.
    1961 Stout Street, 8th Floor
10  Denver, CO 80294
    Telephone: (303) 844-1475
11  Facsimile: (303) 844-1350

12  Attorneys for Defendants
```

13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  TRI-VALLEY CARES, NUCLEAR WATCH OF ) | Civ. No. C-0-3-3926 SBA |
| NEW MEXICO, MARYLIA KELLEY, JANIS ) | |
| 17  KATE TURNER, TARA DORABJI, HENRY C. ) | **ORDER APPROVING STIPULATED** |
| FINNEY and CATHERINE SULLIVAN, ) | **SCHEDULE FOR RESOLUTION OF** |
| 18                                      ) | **PLAINTIFFS' CLAIM TO** |
|                                         ) | **ATTORNEY'S FEES AND COSTS** |
| 19           Plaintiffs,                ) | |
| 20                                      ) | Dept:  3 |
|         v.                              ) | Judge:  Hon. Saundra B. Armstrong |
| 21                                      ) | |
| 22  UNITED STATES DEPARTMENT OF         ) | |
|     ENERGY, NATIONAL NUCLEAR SECURITY   ) | |
| 23  ADMINISTRATION, LAWRENCE            ) | |
|     LIVERMORE NATIONAL LABORATORY,      ) | |
| 24  and LOS ALAMOS NATIONAL             ) | |
|     LABORATORY,                         ) | |
| 25                                      ) | |
| 26           Defendants.                ) | |

27      Upon consideration of the parties' stipulation, and for good cause shown, it is

28  ORDERED that the following procedure shall govern resolution of Plaintiffs' claim to attorney's fees

and under EAJA for the above captioned matter:

1. The deadline for filing a fee motion under EAJA is 90 days from the Ninth Circuit's October 16, 2006 decision, or January 14, 2007;

2. The issue of whether Plaintiffs are entitled to an award of attorneys' fees and costs under EAJA in this case is bifurcated from the issue of the amount of any such award;

3. On December 29, 2006, Plaintiffs will file a brief on the issue of their entitlement to fees and costs under EAJA and shall notice a hearing on that issue pursuant to Local Civil Rule 7-2(a);

4. Defendants will file a brief in response to Plaintiffs' brief regarding entitlement to fees and costs as provided by Local Civil Rule 7-3(a);

5. Plaintiffs will file a reply on the issue of their entitlement to fees and costs under EAJA as provided by Local Civil Rule 7-3(c); and

6. Should the Court determine that Plaintiffs are entitled to an award of fees and costs under EAJA, the parties will engage in good faith efforts to resolve the amount of such an award. Should such negotiations fail, the parties will submit to the Court, within 30 days of the Court's decision regarding Plaintiffs' entitlement to an award of fees and costs, a stipulated schedule for resolution of the issue of the amount of such award.

IT IS SO ORDERED.

Dated: 12/21/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge