| | | |
|---|---|---|
| 1 | STEPHAN C. VOLKER (CSB #63093)<br>JOSHUA A.H. HARRIS (CSB #226898) | 10.302.02 |
| 2 | MARNIE E. RIDDLE (CSB #233732)<br>LAW OFFICES OF STEPHAN C. VOLKER | |
| 3 | 436 14th Street, Suite 1300<br>Oakland, California 94612 | |
| 4 | Telephone: 510/496-0600<br>Facsimile: 510/496-1366 | |

ALLETTA BELIN, ESQ.
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: 505/983-8936
Facsimile: 505/983-0036

Attorneys for Plaintiffs
TRI-VALLEY CARES, NUCLEAR WATCH OF NEW MEXICO, MARYLIA KELLEY, JANIS KATE TURNER, TARA DORABJI, HENRY C. FINNEY and CATHERINE SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, NUCLEAR WATCH OF NEW MEXICO, MARYLIA KELLEY, JANIS KATE TURNER, TARA DORABJI, HENRY C. FINNEY and CATHERINE SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, and LOS ALAMOS NATIONAL LABORATORY,<br><br>Defendants. | Civ. No. C-0-3-3926 SBA<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER F.R. Civ. P. 58(d); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge:  Hon. Saundra B. Armstrong<br>Hearing: None requested<br>Dept:  3 |

NOTICE OF PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
UNDER F.R. CIV. P. 58(d); [PROPOSED] ORDER

TO THE ABOVE-ENTITLED COURT AND TO THE PARTIES HEREIN:

PLEASE TAKE NOTICE that plaintiffs Tri-Valley CARES, et al., hereby move this Court pursuant to Rule 58(e), Federal Rules of Civil Procedure, for an order directing entry of Judgment in this matter.

Dated:  December 12, 2006         STEPHAN C. VOLKER
                                  JOSHUA A.H. HARRIS
                                  MARNIE E. RIDDLE
                                  LAW OFFICES OF STEPHAN C. VOLKER

                                  ALLETTA BELIN, ESQ.
                                  BELIN & SUGARMAN

                            By:  /s/ Stephan C. Volker
                                  Stephan C. Volker
                                  Attorney for Plaintiffs
                                  Tri-Valley CAREs, et al.

## MEMORANDUM IN SUPPORT OF MOTION

The grounds for this request are that (1) on October 16, 2006, the Ninth Circuit Court of Appeal entered its Judgment directing that the prior judgment of this Court be affirmed in part, reversed in part, and remanded, (2) on October 30, 2006 this Court remanded this matter to defendants "for further proceedings consistent with the Ninth Circuit's decision," and (3) the Clerk of this Court, by Memorandum filed November 30, 2006, denied plaintiffs' request for an award of its costs on the grounds that "[p]ursuant to 28 U.S.C. § 1924 there is no judgment or order for plaintiffs under which costs may be claimed."

A true copy of the Deputy Clerk's November 30, 2006 decision refusing to award costs to plaintiffs in this action is annexed as Exhibit 1. A true copy of this Court's Order dated October 30, 2006 is annexed as Exhibit 2. A true copy of the Ninth Circuit Court of Appeal's Judgment dated October 16, 2006 is annexed as Exhibit 3.

/////

Case 4:03-cv-03926-SBA   Document 156   Filed 12/12/2006   Page 3 of 14

/////

Rule 58(d) of the Federal Rules of Civil Procedure provides as follows:

> A party may request that judgment be set forth on a separate document as required by Rule 58(a)(1).

Rule 58(a)(2)(B) directs that:

> The court must promptly approve the form of the judgment, which the clerk must promptly enter, when: . . . (ii) the court grants other relief not described in Rule 58(a)(2).

It appears that this Court's order dated October 30, 2006 remanding this matter to the defendants for further proceedings consistent with the Court of Appeal's ruling constitutes the "grant[ing of] other relief not described in Rule 58(a)(2)," and thus under Rule 58(2)(B)(ii), triggers the Court's obligation to "promptly approve the form of the judgment, which the clerk must promptly enter . . . ."

If the Court would prefer, plaintiffs will prepare a separate form of Judgment for entry by the Court.

Respondents through their counsel Barclay T. Samford agreed not to oppose this motion for entry of Judgment, as documented in the following Declaration of Counsel.

For the foregoing reasons, plaintiffs respectfully request that this Court enter Judgment in this matter as soon as possible.

Dated: December 12, 2006          Respectfully submitted,

STEPHAN C. VOLKER
JOSHUA A.H. HARRIS
MARNIE E. RIDDLE
LAW OFFICES OF STEPHAN C. VOLKER

ALLETTA BELIN, ESQ.
BELIN & SUGARMAN

By: /s/ Stephan C. Volker
STEPHAN C. VOLKER
Attorney for Plaintiffs
Tri-Valley CAREs, et al.

**DECLARATION OF COUNSEL**

I, Stephan C. Volker, hereby declare:

1. I am counsel to plaintiffs and have personal knowledge of the following facts.

2. The facts recounted in the foregoing Memorandum are true and correct.

3. On December 1, 2006, I conferred by telephone with Barclay Samford, Justice Department attorney representing defendants in this matter. Mr. Samford agreed on behalf of defendants not to oppose plaintiffs' motion for entry of Judgment under Rule 58.

I declare under penalty of perjury that the foregoing facts are true of my personal knowledge, that I am competent to and if called would so testify, and that this Declaration was executed on December 12, 2006, in Oakland, California.

_____
STEPHAN C. VOLKER

[PROPOSED] ORDER

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, the motion of plaintiffs Tri Valley CARES, et al., for entry of judgment in this matter is hereby GRANTED.

Plaintiffs shall prepare a form of Judgment satisfactory to defendants and submit the same for this Court's review, approval and entry within ten days of this Order.

Dated: ~~December XX, 2006~~
January 22, 2007

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

November 30, 2006

C-03-3926-SBA    Tri-Valley Cares et al. v. Department of Energy et al.

On September 10, 2004 in the above entitled case the Court entered an Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment or in the alternative Partial Summary Judgment.

On October 30, 2006 the Court entered an Order Remanding this case to the Department of Energy for further proceedings consistent with the Court of Appeal decision.

Pursuant to 28 U.S.C. § 1924 there is no judgment or order for Plaintiffs under which costs may be claimed.

*Frances Stone*
Frances Stone , Deputy Clerk

Case 4:03-cv-03926-SBA Document 167 Filed 01/23/07 Page 7 of 14
Case 4:03-cv-03926-SBA Document 156 Filed 12/12/2006 Page 7 of 14
Case 4:03-cv-03926 Document 155 Filed 11/30/2006 Page 2 of 2

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TRI-VALLEY CARES

**BILL OF COSTS**

V.

UNITED STATES DEPARTMENT OF ENERGY

Case Number: C-0-3-3926 SBA

Judgment having been entered in the above entitled action on October 30, 2006 against defendants, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 210.00 |
| Fees for service of summons and subpoena | 34.60 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 1,896.41 |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 2,141.01 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: UNITED STATES DEPARTMENT OF ENERGY

Signature of Attorney: /s/

Name of Attorney: STEPHAN C. VOLKER

For: TRI-VALLEY CARES
Name of Claiming Party

Date: 11-12-06

Costs are taxed in the amount of $ 0 and included in the judgment.

RICHARD W. WIEKING
Clerk of Court

By: /s/ Frances Stone
Deputy Clerk

11/30/06
Date

# EXHIBIT 2

Case 4:03-cv-03926-SBA Document 167 Filed 02/23/2007 Page 9 of 14
Case 4:03-cv-03926-SBA Document 167 Filed 02/23/2007 Page 9 of 14
Case 4:03-cv-03926    Document 150    Filed 10/30/2006    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRI-VALLEY CARES et al.,                    No. C 03-3926 SBA

    Plaintiffs,                              **ORDER**

v.

DEPARTMENT OF ENERGY et al.

    Defendants.

_____/

On October 16, 2006, the Ninth Circuit Court of Appeals issued a memorandum disposition, affirming in part and reversing in part this Court's grant of summary judgment in this case. Accordingly,

IT IS HEREBY ORDERED that the case is REMANDED to the Department of Energy for further proceedings consistent with the Ninth Circuit's decision. Specifically, the DOE shall consider whether the threat of terrorist activity necessitates the preparation of an Environmental Impact Statement. *See San Luis Obispo Mothers for Peace v. Nuclear Regulatory Commission*, 449 F.3d 1016 (9th Cir. 2006).

IT IS SO ORDERED.

Dated: 10/30/06

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

# EXHIBIT 3

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRI-VALLEY CARES; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DEPARTMENT OF ENERGY; et al., <br><br> Defendants - Appellees. | No. 04-17232 <br> D.C. No. CV-03-03926-SBA <br><br> **JUDGMENT** |

Appeal from the United States District Court for the USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**.

Filed and entered 10/16/06

 

Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

December 8, 2006

Alletta d'A. Belin
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, NM 87501

Gretchen Elizabeth Dent
Law Offices of Stephen C. Volker
Suite 1300
436 14th Street
Oakland, CA 94612

Stephan C. Volker, Esq.
Ste. 1300
436 - 14th St.
Oakland, CA 94612

Joshua Alexander Harris
Law Offices of Stephan C. Volker
Suite 1300
436 14th Street
Oakland, CA 94612

Barclay T. Samford, Esq.
DOJ - U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Suite 945
999 - 18th St.
Denver, CO 80202

Benjamin Longstreth, Esq.
DOJ - U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044

John A. Bryson, Esq.
DOJ - U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 23795, L'Enfant Plaza Station
Washington, DC 20026

Todd S. Aagaard, Esq.
DOJ - U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 23795, L'Enfant Plaza Station
Washington, DC 20026

USDC, Oakland
USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN
Suite 400S
1301 Clay St.
Oakland, CA 94612

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-17232 | Tri-Valley Cares v. Department of Energy | CV-03-03926-SBA |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

## PROOF OF SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action; my business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On December 12, 2006, I served a true copy of the foregoing documents entitled

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER F.R. Civ. P. 58(d); [PROPOSED] ORDER**

in the above-captioned matter on each of the persons listed below by electronic facsimile transmission and by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

Thomas L. Sansonetti, Assistant Attorney General
Barclay T. Samford, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
Suite 945, North Tower
999 18th Street
Denver, CO 80202
Tel: (303) 312-7362
Fax: (303) 312-7379

Alletta Belin, Esq.
Belin & Sugarman
618 Paseo de Peralta
Santa Fe, NM 87501
Tel: (505) 983-8936
Fax: (505) 983-0036

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2006 at Oakland, California.

_____
Teddy Ann Fuss