UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, NUCLEAR WATCH OF NEW MEXICO, MARYLIA KELLEY, JANIS KATE TURNER, TARA DORABJI, HENRY C. FINNEY and CATHERINE SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, and LOS ALAMOS NATIONAL LABORATORY,<br><br>Defendants. | Case No. CV-03-3926-SBA<br><br>**ORDER APPROVING STIPULATED REVISION OF SCHEDULE FOR RESOLUTION OF PLAINTIFFS' CLAIM TO ATTORNEYS' FEES AND COSTS**<br><br>Dept: 3<br>Judge: Hon. Saundra B. Armstrong |

Upon consideration of the parties' stipulation, and for good cause shown, it is ORDERED that the date by which the parties must submit to the Court a proposed schedule for resolution of the amount of Plaintiffs' EAJA award is extended by 30 days, until June 6, 2007.

It is further ORDERED that no latter than June 6, 2007, the parties will inform the Court of whether this matter has been settled, or whether the parties were unable to reach a final agreement, and further proceedings are needed to resolve the amount of Plaintiffs' attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 5/7/07

_/s/ Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge