MATTHEW J. McKEOWN
Acting Assistant Attorney General
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Telephone: (510) 496-0600
Facsimile: (510) 496-1366

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, NUCLEAR WATCH OF NEW MEXICO, MARYLIA KELLEY, JANIS KATE TURNER, TARA DORABJI, HENRY C. FINNEY and CATHERINE SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, and LOS ALAMOS NATIONAL LABORATORY, <br><br> Defendants. | Case No. CV-03-3926-SBA <br><br> STIPULATED AGREEMENT AND ORDER REGARDING ATTORNEYS' FEES AND COSTS <br><br> Dept: 3 <br> Judge: Hon. Saundra B. Armstrong |

1  Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate as follows:

2      1.    By this Agreement, the parties have agreed to settle Plaintiffs' claim for attorneys' fees and costs in the above captioned litigation.  Defendants agree to pay one hundred ninety-five thousand dollars ($195,000) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, for all attorneys' fees and costs already incurred by Plaintiffs, individually and/or severally, in this litigation.

    2.    On behalf of all Defendants, the Department of Energy will make full payment within thirty (30) days of entry of this Agreement and Order thereon by the Court.  Payment in that amount shall be made via electronic transfer of funds.

    3.    If the Department of Energy does not provide full payment within thirty (30) days of the Court's entry of this Agreement, interest on any unpaid amount shall accrue beginning on the 31st day after entry of this Agreement by the Court.  The rate of interest for any unpaid amount shall be the rate of interest specified in 28 U.S.C. § 1961.

    4.    This Agreement is the result of compromise and settlement, is based on and limited solely to the facts involved in this case, and shall not be construed as an admission of liability by Defendants.  However, the Agreement is binding on the Parties and may be cited in proceedings brought to enforce the terms of the stipulation.  Defendants do not waive any defenses they may have concerning the claims settled under this Agreement, except for purposes of the enforcement of this Agreement.

    5.    No provision of this Agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

    6.    The undersigned representatives of the Parties certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind such Parties to it.

    7.    This Stipulation represents the entirety of the Parties' commitments with regard

to settlement. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED.

Respectfully submitted this 17 day of May, 2007.

        MATTHEW J. McKEOWN
        Acting Assistant Attorney General

        /s/ Barclay T. Samford
        BARCLAY T. SAMFORD
        Trial Attorney

        Attorney for Defendant

        /s/ Stephan C. Volker
        STEPHAN C. VOLKER
        ALLETTA BELIN

        Attorney for Plaintiffs

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 6/1/07

        Saundra Brown Armstrong
        United States District Judge